# Third District Court of Appeal

## State of Florida

Opinion filed July 19, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-973
Lower Tribunal No. 16-2442 CC

_____

**Martin D. Guiry,**
Appellant,

vs.

**Richard A. Schurr, P.A.,**
Appellee.

An Appeal from a non-final order from the County Court for Miami-Dade County, Elijah A. Levitt, Judge.

Hunker Appeals, Thomas L. Hunker and V. Ashley Paxton (Fort Lauderdale), for appellant.

Richard A. Schurr, P.A., Richard A. Schurr, Bonnie M. Sack and C. Francesca Corallo, for appellee.

Before FERNANDEZ, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.